Exposition Park Jockey Club for use of Bentley-Murray Company, appellant, v. Harry A. Crawford, appellee. Gen. No. 8,871.

 Opinion
filed March 22, 1935.
Payton J. Tuohy and Frank A. McCarthy, for appellant. Sears &
Solfisburg, for appellee.
Mr. Justice Dove delivered the opinion of the court.